## Ivan Abner CANTU, Petitioner–Appellant,

v.

## Rick THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.

### No. 09–70017.

United States Court of Appeals,
Fifth Circuit.

June 1, 2012.

Gena Blount Bunn (argued), Holmes & Moore, P.L.L.C., Longview, TX, for Petitioner–Appellant.

Thomas Merrill Jones, Asst. Atty. Gen. (argued), Office of the Atty. Gen., Postconviction Litigation Division, Austin, TX, for Respondent–Appellee.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

Before STEWART, CLEMENT and OWEN, Circuit Judges.

### PER CURIAM:

In our earlier consideration of this case, we affirmed the district court's dismissal of Cantu's petition for federal habeas relief. *See Cantu v. Thaler*, 632 F.3d 157 (5th Cir.2011). Among other grounds for relief, Cantu argued that he had received ineffective assistance of counsel at trial. We held that this claim was procedurally

---

* Judge Nygaard's vote is limited to panel rehearing only.

1054

defaulted, and that Cantu's contention that his state habeas counsel was ineffective did not constitute cause for the procedural default. The Supreme Court has remanded the case for us to consider the effect of *Martinez v. Ryan*, 566 U.S. ——, 132 S.Ct. 1309, 182 L.Ed.2d 272 (2012) on our holding.

IT IS ORDERED that this matter be remanded to the district court so that the district court may decide in the first instance the impact of *Martinez v. Ryan* on Cantu's contention that he had cause for his procedural default.